JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCREEN ACTORS GUILD-AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS, a non-profit corporation, as successor-in-interest to SCREEN ACTORS GUILD, INC., on behalf of Affected Performers,<br><br>Petitioner,<br><br>v.<br><br>B-LUV PRODUCTIONS, LLC,<br><br>Respondent. | Case No. CV 13-8230 DMG (MANx)<br><br>**JUDGMENT** |

On February 14, 2014, the Court granted the Motion for Order Confirming Arbitration Award and for Entry of Judgment in Conformity Therewith filed by Petitioner Screen Actors Guild-American Federal of Television and Radio Artists ("SAG"), as successor-in-interest to Screen Actors Guild, Inc.

Having considered all of the papers filed in support of the Motion and consistent with the Court's February 14, 2014 Order:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of SAG and against Respondent B-Luv Productions, LLC as follows:

1. The arbitration award in favor of SAG, as successor-in-interest to Screen Actors Guild, Inc., and against B-Luv Productions, LLC, Union Case No. 2056, dated November 14, 2009, is confirmed in all respects.

2. B-Luv Productions, LLC is ordered to pay as follows:

  (a) To SAG, on behalf of affected performers, the sum of $55,857.55;

  (b) To SAG for its attorneys' fees incurred in this action, the sum of $2,400; and;

  (c) To SAG, for its costs incurred in this action, the sum of $400.

3. SAG is hereby granted additional late payment liquidated damages that have accrued from the date of the arbitration award to the date of this Court's Minute Order dated February 14, 2014 in the amount of $89,297.50.

4. SAG is hereby granted an assignment of B-Luv Productions, LLC's accounts receivable from the distribution, exhibition, exploitation, or other use of the motion picture entitled *Show Stoppers* anywhere in the world until the amounts due are paid in full.

DATED: April 30, 2014

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

cc: Fiscal Department